# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MUSTAFA YOUSIF, et al., | ) | Case No. 2:16-cv-02941-RFB-NJK |
|         Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| LAS VEGAS SANDS, CORP., et al., | ) | |
|         Defendant(s). | ) | |

    Pending before the Court is the parties' joint stipulated discovery plan and scheduling order, Docket No. 25. The parties disagree on certain aspects of the production of electronically stored information ("ESI"), and on how discovery should be conducted in this action, which Plaintiffs submit is appropriate for collective and class action treatment. *See id.* at 4-5, 6-10.

    Plaintiffs' motions for conditional collective action certification and class certification shall therefore be filed no later than April 28, 2017. Defendants' response to each motion shall be due no later than May 30, 2017, and Plaintiffs' reply in support of each motion shall be filed no later than June 13, 2017. No later than March 28, 2017, the parties shall file supplemental briefing in support of their respective positions regarding ESI production and proposed discovery deadlines. Each party's brief shall be no greater than seven pages in length.

    IT IS SO ORDERED.

    DATED: March 21, 2017

                                                  _____
                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge