1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                               **DISTRICT OF NEVADA**

10

MUSTAFA YOUSIF, et al.,                    )

11                                             )        Case No. 2:16-cv-02941-RFB-NJK
                            Plaintiff(s),      )
12                                             )        ORDER
    vs.                                        )
13                                             )
    THE VENETIAN CASINO RESORT, LLC, et al.,   )        (Docket No. 27)
14                                             )
                            Defendant(s).      )
15  _____)

16        Pending before the Court is a motion for reconsideration.  Docket No. 27.  Any response shall

17  be filed by March 27, 2017, and any reply shall be filed by March 29, 2017.

18        IT IS SO ORDERED.

19        DATED: March 23, 2017

20                                             _____
                                               NANCY J. KOPPE
21                                             United States Magistrate Judge

22

23

24

25

26

27

28