**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
*Attorneys for Plaintiffs Mustafa Yousif and Sharone Walker on behalf of themselves and all others similarly situated.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiffs MUSTAFA YOUSIF and SHARONE WALKER ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendants VENETIAN CASINO RESORT, LLC and LAS VEGAS SANDS, CORP, (collectively "Defendants") by and through their counsel of record OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C., hereby request and stipulate for a ten-calendar day extension of time, up to an including Friday, July 6, 2018, to submit Plaintiffs' responsive pleading to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint. (ECF No. 88.) This is the parties' first request for an extension of time for Plaintiffs' to file their Opposition.

This request is made in good faith and not for the purposes of delay. The Parties request this extension of time because they are in the process of finalizing a Stipulation and Order

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt

allowing Plaintiffs to file their Fourth Amended Complaint eliminating certain allegations that are subject to Defendants' Motion to Dismiss. Therefore, the parties believe that an extension of time is warranted.

**IT IS SO STIPULATED:**

Dated this 25th day of June 2018.　　　　Dated this 25th day of June 2018.

THIERMAN BUCK, LLP　　　　　　　　OGLTREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

*/s/ Leah L. Jones*　　　　　　　　　　　*/s/ Dana B. Salmonson*
Mark R. Thierman, Esq., Bar No. 8285　　Anthony L. Martin, Nev. Bar No. 8177
Joshua D. Buck, Esq., Bar No. 12187　　 Dana B. Salmonson, Nev. bar. No. 11180
Leah L. Jones, Esq., Bar No. 13161　　　Wells Fargo Tower, Suite 1500
7287 Lakeside Drive　　　　　　　　　　3800 Howard Hughes Parkway
Reno, Nevada 89511　　　　　　　　　　Las Vegas, NV 89169
*Attorneys for Plaintiffs Mustafa Yousif and*　*Attorneys for Defendants Venetian Casino*
*Sharone Walker on behalf of themselves and*　*Resort, LLC and Las Vegas Sands Corp.*
*all others similarly situated*

### **ORDER**

**IT IS SO ORDERED.**

Dated this 26th day of ___June___ 2018.

_____
UNITED STATES DISTRICT COURT JUDGE