**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs Mustafa Yousif and Sharone Walker on behalf of themselves and all others similarly situated.*

**OGLTREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**
Anthony L. Martin, Nev. Bar No. 8177
Dana B. Salmonson, Nev. bar. No. 11180
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Tel. (702) 369-6800
Fax: (702) 369-6888
anthony.martin@ogletreedeakins.com
dana.salmonson@ogltreedeakins.com

*Attorneys for Defendants Venetian Casino Resort, LLC and Las Vegas Sands Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**JOINT STIPULATION RE DISCLOSURE OF CLASS DATA** |

Per the Court's instructions during the May 24, 2018 hearing, the Parties submit that they have come to an agreement concerning the disclosure of information as it relates to the purported

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanlaw.com

class members, including (1) a sufficient size; and (2) a true random selection of class members. Specifically, the parties have agreed to the following:

- Defendants will provide Plaintiffs' 50% of the purported putative plaintiff data;
- This data will include (1) name, (2) address, (3) telephone number, (4) email address to the extend maintained by Defendants, (5) job classification, and (6) dates of employment; and
- The list of purported putative plaintiffs shall be alphabetized and information for the odd numbers shall be provided.

Respectfully submitted,

Dated this 15th day of June 2018.                    Dated this 15th day of June 2018.

THIERMAN BUCK, LLP                                    OGLTREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

/s/Leah L. Jones                                      /s/Dana B. Salmonson
Mark R. Thierman, Esq., Bar No. 8285                  Anthony L. Martin, Nev. Bar No. 8177
Joshua D. Buck, Esq., Bar No. 12187                   Dana B. Salmonson, Nev. bar. No. 11180
Leah L. Jones, Esq., Bar No. 13161                    Wells Fargo Tower, Suite 1500
7287 Lakeside Drive                                   3800 Howard Hughes Parkway
Reno, Nevada 89511                                    Las Vegas, NV 89169
*Attorneys for Plaintiffs Mustafa Yousif and          *Attorneys for Defendants Venetian Casino
Sharone Walker*                                       Resort, LLC and Las Vegas Sands Corp.*

## ORDER

34497587.21

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: June 26, 2018.

- 2 -
**JOINT STIPULATION RE DISCLOSURE OF CLASS DATA**