Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Ste. 400
Kansas City, MO  64111
Telephone:  816.471.1301
Fax:  816.471.1303

*Attorneys for Defendants Venetian Casino Resort,
LLC and Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP.; THE VENETIAN CASINO RESORT, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>*(First Request)* |

Pursuant to Local Rule IA 6-1(a), Plaintiffs Mustafa Yousif and Sharone Walker (collectively "Plaintiffs") and Defendants Venetian Casino Resort, LLC and Las Vegas Sands Corp.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

(collectively "Defendants"), by and through their respective counsel of record, hereby request and stipulate to a one week extension of time, up to and including August 22, 2018, for Defendants to file their Reply in support of their Motion to Dismiss Plaintiffs' Fourth Amended Complaint. Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint (ECF No. 100, the "Motion") was filed on July 25, 2018. Plaintiffs' Opposition to the Motion (ECF No. 101) was filed on August 8, 2018. The present deadline for Defendants' to file their Reply in support of the Motion is August 15, 2018.

This is the parties' first request for an extension of time for Defendants to file their Reply. This request is being made due to a conflict in Defendants' schedule. This request is not intended for delay, and is made in good faith.

| | |
|---|---|
| DATED this 10th day of August, 2018. | DATED this 10th day of August, 2018. |
| THIERMAN BUCK LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Leah L. Jones* | /s/ *Anthony L. Martin* |
| Mark R. Thierman | Anthony L. Martin |
| Nevada Bar No. 8285 | Nevada Bar No. 8177 |
| Joshua D. Buck | Dana B. Salmonson |
| Nevada Bar No. 12187 | Nevada Bar No. 11180 |
| Leah L. Jones | Wells Fargo Tower |
| Nevada Bar No. 13161 | Suite 1500 |
| 7287 Lakeside Drive | 3800 Howard Hughes Parkway |
| Reno, NV 89511 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiffs* | |
| | Patrick F. Hulla (*admitted pro hac vice*) |
| | 4520 Main Street, Ste. 400 |
| | Kansas City, MO 64111 |
| | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: August 13, 2018.

2