Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Ste. 400
Kansas City, MO 64111
Telephone: 816.471.1301
Fax: 816.471.1303
*Attorney for Defendant Venetian Casino Resort, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP.; THE VENETIAN CASINO RESORT, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER RULE 23 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>*(Second Request)* |

Pursuant to Local Rules IA 6-1, IA 6-2 and LR 7-1, Defendant Venetian Casino Resort, LLC ("Defendant") and Plaintiffs Mustafa Yousif and Sharone Walker (collectively referred to as "Plaintiffs") hereby request an extension of time, up to and including June 26, 2019, for Defendant to file its Response to Plaintiffs' Motion for Class Certification ("Motion").[1] Plaintiffs filed their

---

[1] Las Vegas Sands Corp. was dismissed from this matter on October 10, 2018. (ECF No. 113.)

Motion on April 1, 2019. (ECF No. 126.) The present deadline for Defendant to file its response to the Motion is May 13, 2019. This is Defendant's second request for an extension of time to file its response.

The first request was made on April 17, 2019 so that the parties could conclude a meet-and-confer regarding evidence submitted by Plaintiffs, namely expert testimony of analyst James R. Toney, in support of their Motion. (ECF No. 127.) Defendant requested the additional time to review and analyze Mr. Toney's expert report, to determine whether a rebuttal expert is necessary at this time, and to explore whether and to what extent a Motion to Strike Mr. Toney was appropriate. (*Id.*) The request was granted on April 18, 2019. (ECF No. 128.)

This Stipulation is not intended for delay, and is made in good faith so that Defendant can conduct the deposition of Mr. Toney as well as review relevant written discovery limited to Mr. Toney's analysis and testimony. On May 9, 2019, Defendant served Plaintiffs limited Requests for Production of Documents related to Mr. Toney. Plaintiffs believe that they can provide Defendant with these documents by May 23, 2019. Thereafter, Defendant will conduct the deposition on Mr. Toney no later than June 12, 2019 and anticipate filing a response to Plaintiffs' Motion two weeks thereafter.

As set forth above, the parties respectfully request an extension of time until June 26, 2019 for Defendant to respond to Plaintiffs' Motion and to allow for the review of the limited discovery related to Mr. Toney's expert report contained in Plaintiffs' Motion.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

The parties also respectfully request that Plaintiffs' Reply in support of their Motion for Class Certification pursuant to FRCP 23 be extended to a response time of a total of thirty (30) days from the date Defendant files its Response, or July 26, 2019.

DATED this 13th day of May, 2019.                DATED this 13th day of May, 2019.

THIERMAN BUCK LLP                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Leah L. Jones*                              /s/ *Dana B. Salmonson*

| Mark R. Thierman | Anthony L. Martin |
| Nevada Bar No. 8285 | Nevada Bar No. 8177 |
| Joshua D. Buck | Dana B. Salmonson |
| Nevada Bar No. 12187 | Nevada Bar No. 11180 |
| Joshua R. Hendrickson | Wells Fargo Tower |
| Nevada Bar No. 12225 | Suite 1500 |
| Leah L. Jones | 3800 Howard Hughes Parkway |
| Nevada Bar No. 13161 | Las Vegas, NV 89169 |
| 7287 Lakeside Drive | |
| Reno, NV 89511 | Patrick F. Hulla (*admitted pro hac vice*) |
| *Attorneys for Plaintiffs* | 4520 Main Street, Ste. 400 |
| | Kansas City, MO 64111 |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 15th day of May, 2019.