Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Ste. 400
Kansas City, MO  64111
Telephone:  816.471.1301
Fax:  816.471.1303
*Attorney for Defendant Venetian Casino Resort, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP.; THE VENETIAN CASINO RESORT, LLC; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.:  2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER RULE 23 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND FOR PLAINTIFFS TO SUBMIT THEIR REPLY BRIEF**<br><br>*(Third Request)* |

Pursuant to Local Rules IA 6-1, IA 6-2 and LR 7-1, Defendant Venetian Casino Resort, LLC ("Defendant") and Plaintiffs Mustafa Yousif and Sharone Walker (collectively referred to as "Plaintiffs") hereby request an extension of time, up to and including July 31, 2019, for Defendant to file its Response to Plaintiffs' Motion for Class Certification ("Motion").[1]  Plaintiffs filed their

---

[1] Las Vegas Sands Corp. was dismissed from this matter on October 10, 2018.  (ECF No. 113.)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

Motion on April 1, 2019. (ECF No. 126.) The present deadline for Defendant to file its Response to the Motion is June 26, 2019. This is the parties' third request for an extension of time to file Defendant's Response and Plaintiffs' Reply.

The first request was made on April 17, 2019 so that the parties could conclude a meet-and-confer regarding evidence submitted by Plaintiffs, namely expert testimony of analyst James R. Toney, in support of their Motion. (ECF No. 127.) Defendant requested the additional time to review and analyze Mr. Toney's expert report, to determine whether a rebuttal expert is necessary at this time, and to explore whether and to what extent a Motion to Strike Mr. Toney was appropriate. (*Id.*) The request was granted on April 18, 2019. (ECF No. 128.)

The second request was made on May 13, 2019 to allow Defendant time to review relevant written discovery limited to Mr. Toney's analysis and testimony and to conduct the deposition of Mr. Toney. (ECF No. 129.) This request was granted on May 15, 2019. (ECF No. 130.)

Good cause now exists to extend the briefing schedule a third time, and this request is not intended for purposes of delay. On May 9, 2019, Defendant served Plaintiffs limited Requests for Production of Documents related to Mr. Toney. Defendant also scheduled Mr. Toney's deposition to take place on June 12, 2019. Plaintiffs provided written objections and responses to Defendant's Requests for Production of Documents on June 4, 2019; however, the parties disagreed as to Plaintiffs' objections and responses. As a result, the parties agreed to continue Mr. Toney's deposition. The deposition has been rescheduled for July 17, 2019. Defendant has also served a subpoena duces tecum on Mr. Toney for a complete copy of his expert file. Upon completion of Mr. Toney's deposition, Defendant requests two-weeks' time to finalize its Opposition to Plaintiffs' Motion for Rule 23 Certification.

As set forth above, the parties respectfully request an extension of time until July 31, 2019 for Defendant to respond to Plaintiffs' Motion to allow for the review of the limited discovery related to Mr. Toney's expert report contained in Plaintiffs' Motion as well as conduct his deposition.

. . .

. . .

. . .

The parties also respectfully request that Plaintiffs' Reply in support of their Motion for Class Certification pursuant to FRCP 23 be extended to a response time of a total of thirty (30) days from the date Defendant files its Response, or August 31, 2019.

DATED this 19th day of June, 2019.

THIERMAN BUCK LLP

/s/ *Leah L. Jones*
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Joshua R. Hendrickson
Nevada Bar No. 12225
Leah L. Jones
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiffs*

DATED this 19th day of June, 2019.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Patrick F. Hulla (*admitted pro hac vice*)
4520 Main Street, Ste. 400
Kansas City, MO 64111
*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of June, 2019.