Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 W. Liberty Street, Suite 920
Reno, NV 89501
Telephone: 775.440.2372

Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800

Patrick F. Hulla (*admitted pro hac vice*)
patrick.hulla@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816.471.1301

Mary C. Dollarhide (*admitted pro hac vice*)
mary.dollarhide@dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: 858.677.1400

*Attorneys for Defendant Venetian Casino Resort, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP.; THE VENETIAN CASINO RESORT, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF ANTHONY L. MARTIN, DANA B. SALMONSON AND PATRICK F. HULLA AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

TO ALL PARTIES, THEIR COUNSEL OF RECORD AND TO THIS COURT:

Pursuant to Local Rule IA 11-6, Counsel Anthony L. Martin, Dana B. Salmonson and Patrick F. Hulla of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby request that they be removed from the instant action as attorneys of record for Defendant Venetian Casino Resort, LLC ("Defendant").[1] This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Defendant will continue to be represented by Molly M. Rezac of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as well as Mary Dollarhide of DLA Piper LLP (*admitted pro hac vice*).

Counsel Anthony L. Martin, Dana B. Salmonson and Patrick F. Hulla also respectfully request that they be removed from the CM/ECF filing notification in this matter.

DATED this 22nd day of August, 2019.

*/s/ Dana B. Salmonson*
Molly M. Rezac, Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 W. Liberty Street, Suite 920
Reno, NV 89501

Anthony L. Martin, Nevada Bar No. 8177
Dana B. Salmonson, Nevada Bar No. 11180
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

Patrick F. Hulla (*admitted pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Ste. 400
Kansas City, MO 64111

Mary Dollarhide (*admitted pro hac vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121

*Attorneys for Defendant Venetian Casino Resort, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2019

---

[1] Defendant Las Vegas Sands Corp. was dismissed by way of Stipulation and signed Order on October 5, 2018 (ECF No. 110.)