**OGLETREE, DEAKINS, NASH, SMOAK, &
STEWART, PC.**

Molly M. Rezac, Nev. Bar No. 7435
50 West Liberty Street, Suite 920
Reno, Nevada 89501
Tel. (775) 440-2372
Fax. (775) 440-2376
molly.rezac@ogletreedeakins.com

**DLA PIPER LLP**
Mary C. Dollarhide, *admitted pro hac vice*
4365 Executive Drive, Suite 1100
San Diego, CA 82121
Tel, (858) 677-1429
Fax.
Mary.dollarhide@us.dlapiper.com

*Attorneys for Defendant The Venetian Casino Resort, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING MEDIATION**<br><br>**Second Request** |

      Pursuant to Local Rules ("LR") IA 6-2 and LR 7-1, Plaintiffs MUSTAFA YOUSIF and SHARONE WALKER ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendant THE VENETIAN CASINO RESORT, LLC ("Defendant"), by and through its counsel of record DLA PIPER, LLC, and OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C., hereby request and stipulate to stay the entire action, including but not limited to the class certification briefing and hearing date, in the above captioned matter pending mediation.

      The purpose of the Stay is to promote judicial economy and allow this court to more effectively control the disposition of the cases on its docket with economy of time and effort for

itself, for counsel, and the litigants. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (U.S. 1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Pate v. DePay Orthopedics, Inc.*, 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."), *citing Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).

The Parties attended mediation on November 21, 2019, but were unable to reach a settlement agreement on that date. However, the Parties have agreed to attend a second mediation currently scheduled for February 28, 2020 in an attempt to resolve all remaining claims in the action. Pending the outcome of the Parties' attempt to achieve a resolution of all remaining claims, the Parties will provide a Status Report to the Court no later than fifteen (15) days following the mediation setting forth the following dates:

1) Should the Parties reach a settlement, the Parties will set forth a proposed briefing schedule for Settlement approval.

2) Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth a proposed briefing schedule to address (1) Plaintiffs' Motion for a Protective Order [DKT. #134 ] and (2) Plaintiffs' Motion for Class Certification Under Rule 23 of the Federal Rules of Civil Procedure [DKT. # 126].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**

Dated this 26th day of November 2019
THIERMAN BUCK, LLP

/s/ *Leah L. Jones*
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. .13161
7287 Lakeside Drive
Reno, Nevada  89511

*Attorneys for Plaintiffs*

Dated this 26th November 2019
OGLETREE, DEAKINS, NASH, SMOAK, &
STEWART, P.C.

/s/ *Molly M. Rezac*
Molly M. Rezac, Nev. Bar No. 7435
50 West Liberty Street, Suite 920
Reno, Nevada 89501

/s/ *Mary C. Dollarhide*
Mary C. Dollarhide, *admitted pro hac vice*
4365 Executive Drive, Suite 1100
San Diego, CA 82121

*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation and Order to stay action in the above captioned matter is **granted**.

**IT IS FURTHER ORDERED** that the Parties will submit a Joint Status Report no later than 15 days following the Parties' mediation to inform the Court if the Parties have come to an early resolution.

**IT IS SO ORDERED:** _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of November, 2019.