# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MUSTAFA YOUSIF AND SHARONE WALKER on behalf of themselves and all others similarly situated,

Plaintiff(s),

vs.

THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS CORP., AND DOES 1 through 50, inclusive,

Defendant(s).

Case # 2:16-cv-02941-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Brian Scott Kaplan___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___DLA Piper LLP (US)___
(firm name)

with offices at ___1251 Avenue of the Americas, 27th Floor___,
(street address)

___New York___, ___New York___, ___10020___,
(city)            (state)            (zip code)

___212-335-4500___, ___brian.kaplan@us.dlapiper.com___.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___The Venetian Casino Resort, LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16



3. That since ___May 1, 1995___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___New York___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit B | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None.

2

Rev. 5/16



6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | Kennedy v. Las Vegas Sands Corp. (No. 2:17-cv-00880) | U.S. District Court, District of Nevada | Pending |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature
BRIAN S. KAPLAN

STATE OF <u>NEW YORK</u>        )
                              ) ss.
COUNTY OF <u>NEW YORK</u>      )

<u>Brian Scott Kaplan</u>, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature
Brian S. Kaplan

Subscribed and sworn to before me this

<u>6</u> day of <u>February</u>, 2020.

_____
Notary Public

EVAN D PARNESS
Notary Public - State of New York
NO. 02PA6377754
Qualified in Nassau County
My Commission Expires Jul 9, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate <u>Molly Rezac</u>, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

<u>Ogletree Deakins Nash Smoak & Stewart PC, 50 West Liberty Street, Suite 920</u>,
(street address)

<u>Reno</u>, <u>Nevada</u>, <u>89501</u>,
(city)   (state)   (zip code)

<u>775-440-2373</u>, <u>molly.rezac@ogletree.com</u>,
(area code + telephone number)   (Email address)

4

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Molly Rezac_____ as his/her/their Designated Resident Nevada Counsel in this case.

_Calvin Sienna_ (signature)
(party's signature)

Senior Vice President, Deputy Global General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Molly Rezac_ (signature)
Designated Resident Nevada Counsel's signature

7435                    molly.rezac@ogletree.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

