# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MUSTAFA YOUSIF, et al.,

    Plaintiff(s),

v.

THE VENETIAN CASINO RESORT, LLC, et al.,

    Defendant(s).

Case No.: 2:16-cv-02941-RFB-NJK

**ORDER**

(Docket No. 159)

Pending before the Court is Plaintiffs' motion for protective order limiting written discovery responses to representative sampling. Docket No. 159. The motion is 29 pages in length. *See id.* All non-summary-judgment motions "are limited to 24 pages, excluding exhibits." Local Rule 7-3(b). If a party wishes to file a longer motion, it must first seek leave of court, though such motions are disfavored and not routinely granted. *See* Local Rule 7-3(c). Plaintiffs' motion exceeds the page limits, and Plaintiffs failed to first seek leave of court to file their motion. Accordingly, the Court **STRIKES** Plaintiffs' motion. Docket No. 159.

IT IS SO ORDERED.

Dated: February 25, 2020

                                                                 Nancy J. Koppe
                                                                 United States Magistrate Judge

1