**THIERMAN BUCK, LLP**
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. .13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax (775) 703-5027
josh@thiermanbuck.com
mark@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs Yousif and Walker*

**DLA PIPER LLP**
Mary C. Dollarhide, *admitted pro hac vice*
4365 Executive Drive, Suite 1100
San Diego, CA 82121
Tel, (858) 677-1429
Fax (858) 638-5119
Mary.dollarhide@us.dlapiper.com

**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, PC.**
Molly M. Rezac, Nev. Bar No. 7435
50 West Liberty Street, Suite 920
Reno, Nevada 89501
Tel. (775) 440-2372
Fax (775) 440-2376
molly.rezac@ogletreedeakins.com

*Attorneys for Defendant The Venetian Casino Resort, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER ON REVISED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

Pursuant to this Court's Order granting the Parties' Stipulation and Order setting the briefing schedule for Plaintiffs' Motion for Protective Order (ECF No. 155) Plaintiffs timely but inadvertently filed an over-long brief. (ECF No. 159). The Honorable Magistrate Judge Koppe struck Plaintiffs' Motion for failure to comply with Local Rule 7-3. (ECF NO. 160).

Having met and conferred, the Parties now jointly request that the Court approve a revised briefing schedule in order for Plaintiffs to refile their Motion for Protective Order pursuant to the following briefing schedule, and with respect to the Parties' ongoing discovery dispute and Plaintiffs' previously filed motion for protective order:

- **February 27, 2020 or as soon as the Court grants the Parties request**: Plaintiffs to re-file protective order motion related to opt-in discovery propounded on conditionally certified 216(b) collective. The original due date was February 21, 2020.
- **Not later than 30 days after the re-filing of Plaintiffs' motion for protective order:** Defendant to respond to re-filed motion for protective order. The original due date was March 20, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULING

- **Not later than 14 days after the filing of Defendant's opposition to motion for protective order:** Plaintiffs to file reply on motion for protective order. The original due date was April 3, 2020.

This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**

Dated this 26th day of February, 2020.
THIERMAN BUCK, LLP

/s/ *Leah L. Jones*
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. .13161
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiffs*

Dated this 26th day of February, 2020.
DLA PIPER LLP

/s/ *Mary C. Dollarhide*
Mary C. Dollarhide, *admitted pro hac vice*
4365 Executive Drive, Suite 1100
San Diego, CA 82121

OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

/s/ *Molly M. Rezac*
Molly M. Rezac, Nev. Bar No. 7435
50 West Liberty Street, Suite 920
Reno, Nevada 89501

*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that the Parties' Revised Stipulation and Briefing Schedule on Plaintiffs' motion for protective order is **GRANTED.**

**IT IS FURTHER ORDERED** that the Parties will submit a Joint Status Report and Proposed Briefing Schedule no later than 14 days following final resolution of Plaintiffs' motion for protective order.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of February, 2020.