**THIERMAN BUCK, LLP**
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. .13161
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500
Fax  (775) 703-5027
josh@thiermanbuck.com
mark@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs Yousif and Walker*

**DLA PIPER LLP**
Mary C. Dollarhide, *admitted pro hac vice*
4365 Executive Drive, Suite 1100
San Diego, CA 82121
Tel, (858) 677-1429
Fax (858) 638-5119
Mary.dollarhide@us.dlapiper.com

**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, PC.**
Molly M. Rezac, Nev. Bar No. 7435
50 West Liberty Street, Suite 920
Reno, Nevada 89501
Tel. (775) 440-2372
Fax (775) 440-2376
molly.rezac@ogletreedeakins.com

*Attorneys for Defendant The Venetian Casino Resort, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>**(First Request)** |

Pursuant to Local Rules ("LR") IA 6-1 Plaintiffs MUSTAFA YOUSIF and SHARONE WALKER ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendant THE VENETIAN CASINO RESORT, LLC ("Defendant"), by and through its counsel of record DLA PIPER, LLC, and OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C., hereby request and stipulate for a seven-calendar day extension of time, up to an including Friday, April 17, 2020, to submit Plaintiffs' Reply in support of Plaintiffs' Motion for Protective Order. This is Plaintiffs' first request for an extension of time for Plaintiffs' to file their Reply.

Plaintiffs request this extension of time due to issues related to the novel coronavirus (COVID-19). This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**

Dated this 7 day of April, 2020.
THIERMAN BUCK, LLP

/s/ *leah L. Jones*
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. .13161
7287 Lakeside Drive
Reno, Nevada  89511

*Attorneys for Plaintiffs*

Dated this 7 day of April 2020.
DLA PIPER LLP

/s/ *Mary C. Dollarhide*
Mary C. Dollarhide, *admitted pro hac vice*
4365 Executive Drive, Suite 1100
San Diego, CA 82121

OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

/s/*Molly M. Rezac*
Molly M. Rezac, Nev. Bar No. 7435
50 West Liberty Street, Suite 920
Reno, Nevada 89501

*Attorneys for Defendant*

**IT IS SO ORDERED:**

DATED:_____, 2020

_____
UNITED STATES DISTRICT COURT JUDGE