**THIERMAN BUCK, LLP**
Mark R. Thierman, NV Bar No. 8285
Joshua D. Buck, NV Bar No. 12187
Leah L. Jones, NV Bar No. 13161
Joshua R. Hendrickson, NV Bar. No. 12225
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
joshh@thiermanbuck.com

*Attorneys for Plaintiffs Mustafa Yousif and Sharone Walker on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 210)**<br><br>**(First Request)** |

Plaintiffs MUSTAFA YOUSIF and SHARONE WALKER ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendant VENETIAN CASINO RESORT, LLC ("Defendant") by and through its counsel of record DLA PIPER LLP (US) and OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C., hereby request and stipulate for a fourteen (14) calendar day extension of time, up to an including Wednesday, December 15, 2021, for Plaintiffs to submit a responsive pleading to Defendants' Motion to Dismiss Plaintiffs' Rest Period Claims. (ECF No. 210.) The Parties also hereby request and stipulate to an extension up to and including January 14, 2022, for Defendant to submit its reply in support. This is the Parties' first request for an extension of time related to this briefing.

The existing briefing schedule on Plaintiffs' motion for FRCP 23 class certification and Defendant's motion to decertify the FLSA collective were vacated. (ECF No. 206.) Per that Order the Parties shall file their respective FRCP 23 and decertification motions no later than forty-five (45) days after the Court's ruling on Defendant's motion to dismiss and/or strike related to the Fifth Amended Complaint. *Id.* Accordingly, there are no other pending deadlines.

This request is made in good faith and not for the purposes of delay. Good cause appears for the extension of time based on Counsel's caseload combined with time out of the office for the Thanksgiving, Hanukkah, and Christmas Holidays.

Dated this 22nd day of November 2021.

| THIERMAN BUCK, LLP | DLA PIPER LLP (US) |
|---|---|
| /s/    Leah L. Jones<br>Mark R. Thierman, Bar No. 8285<br>Joshua D. Buck, Bar No. 12187<br>Leah L. Jones, Bar No. 13161<br>Joshua R. Hendrickson, Nar. No. 12225<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>*Attorneys for Plaintiffs* | /s/ Mary C. Dollarhide<br>MARY C. DOLLARHIDE, Cal. Bar No. 138441<br>mary.dollarhide@us.dlapiper.com<br>TAYLOR H. WEMMER, Cal. Bar No. 292539<br>taylor.wemmer@us.dlapiper.com<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121-2133<br>Telephone:  858.677.1400<br>Facsimile:  858.677.1401<br><br>BRIAN S. KAPLAN, NY Bar No. 2685725<br>brian.kaplan@us.dlapiper.com<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>Telephone: 212.335.4500<br>Facsimile: 212.335.4501<br><br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**<br>MOLLY M. REZAC, Nev. Bar No. 7435<br>molly.rezac@ogletree.com<br>200 S. Virginia Street, 8th Floor<br>Reno, NV 89501<br>Telephone:  775.440.2372<br>Facsimile:  775.440.2376<br>*Attorneys for Defendant*<br>*The Venetian Casino Resort, LLC* |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 210)**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,

　　　　　Plaintiffs,

vs.

THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP. and DOES 1 through 50, inclusive,

　　　　　Defendants.

Case No.: 2:16-cv-02941-RFB-NJK

**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 210)**

Pending before the Court is the Parties' stipulation for the Parties to file responses to Defendant's Motion to Dismiss Plaintiffs' Rest Period Claims in Plaintiffs' operative Fifth Amended Complaint. Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1) Plaintiffs shall file their Opposition to Defendant's Motion to Dismiss Plaintiffs' Rest Period Claims on or before December 15, 2021;

2) Defendant shall have until January 14, 2022, to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Rest Period Claims.

　　　IS SO ORDERED.

DATED: November 23, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.com