Mary C. Dollarhide (*admitted pro hac vice*)
mary.dollarhide@dlapiper.com
Taylor Wemmer (*admitted pro hac vice*)
taylor.wemmer@dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA  92121
Telephone:  858.677.1400

Brian S. Kaplan (*admitted pro hac vice*)
brian.kaplan@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020
Telephone: 212.335.4500

Khesraw Karmand (*admitted pro hac vice*)
kash.karmand@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619.699.2700

Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
*Attorneys for Defendant Venetian Casino Resort, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>LAS VEGAS SAND CORP.; THE VENETIAN CASINO RESORT, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE (ECF NO. 219)**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Venetian Casino Resort, LLC ("Defendant) and Mustafa Yousif and Sharone Walker (collectively, "Plaintiffs"), by and through undersigned counsel, hereby stipulate and jointly request that the hearing currently set for June 7, 2022 (ECF No. 219) be continued.  Counsel for Defendant have multiple conflicts with this date,

including a first family vacation since the start of the pandemic and a firm retreat. Plaintiffs' counsel have graciously agreed to continue the hearing date. Good cause exists to extend the current hearing date. This is the parties' first request to continue the hearing date.

This Stipulation is made in good faith and is not intended for purposes of delay.

| | |
|---|---|
| DATED this 3rd day of June, 2022. | DATED this 3rd day of June, 2022. |
| THIERMAN BUCK LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Joshua D. Buck* | /s/ *Molly M. Rezac* |
| Mark R. Thierman | Mary Dollarhide (*admitted pro hac vice*) |
| Nevada Bar No. 8285 | Taylor Wemmer (*admitted pro hac vice*) |
| Joshua D. Buck | DLA PIPER LLP (US) |
| Nevada Bar No. 12187 | 4365 Executive Drive, Suite 1100 |
| Joshua R. Hendrickson | San Diego, CA 92121 |
| Nevada Bar No. 12225 | |
| Leah L. Jones | Brian S. Kaplan (*admitted pro hac vice*) |
| Nevada Bar No. 13161 | DLA PIPER LLP (US) |
| 7287 Lakeside Drive | 1251 Avenue of the Americas, 27th Floor |
| Reno, NV 89511 | New York, NY 10020 |
| *Attorneys for Plaintiffs* | |
| | Khesraw Karmand (*admitted pro hac vice*) |
| | DLA PIPER LLP (US) |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101 |
| | |
| | Molly M. Rezac |
| | Nevada Bar No. 7435 |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | 200 S. Virginia Street, 8th Floor |
| | Reno, NV 89501 |
| | *Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED that the hearing set for June 7, 2022 is vacated and continued to June 21, 2022 at 10:00 AM by video-conference.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED : June 6, 2022.