**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE VENETIAN CASINO RESORT, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF JOSHUA R. HENDRICKSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

　　　　Pursuant to Local Rule IA 11-6(b), undersigned counsel hereby requests that Joshua R. Hendrickson be removed from the instant action as an attorney of record for Plaintiffs MUSTAFA YOUSIF and SHARONE WALKER ("Plaintiffs") as Mr. Hendrickson is no longer associated or affiliated with the law firm Thierman Buck, LLP. The undersigned counsel also respectfully requests that Mr. Hendrickson be removed from the CM/ECF service list in this matter.

///

///

- 1 -

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Plaintiffs will continue to be represented by undersigned counsel, Mark R. Thierman, Joshua D. Buck, and Leah L. Jones of Thierman Buck, LLP

DATED: January 24, 2024        THIERMAN BUCK, LLP

                               */s/Leah L. Jones*
                               Mark R. Thierman, Nev. Bar No. 8285
                               mark@thiermanbuck.com
                               Joshua D. Buck, Nev. Bar No. 12187
                               josh@thiermanbuck.com
                               Leah L. Jones, Nev. Bar No. 13161
                               leah@thiermanbuck.com
                               325 West Liberty Street
                               Reno, Nevada 89501
                               Tel. (775) 284-1500
                               Fax. (775) 703-5027

                               *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

  January 25, 2024
DATED