**THIERMAN BUCK, LLP**
Mark R. Thierman, NV Bar No. 8285
Joshua D. Buck, NV Bar No. 12187
Leah L. Jones, NV Bar No. 13161
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs Mustafa Yousif and Sharone Walker on behalf of themselves and all others similarly situated*

**DLA PIPER LLP (US)**
MARY C. DOLLARHIDE, *admitted pro hac vice*
mary.dollarhide@us.dlapiper.com
TAYLOR H. WEMMER, *admitted pro hac vice*
taylor.wemmer@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401

BRIAN S. KAPLAN, *admitted pro hac vice*
brian.kaplan@us.dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: 212.335.4500
Fax: 212.335.4501

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
MOLLY M. REZAC, Nev. Bar No. 7435
molly.rezac@ogletree.com
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Tel: 775.440.2372
Fax: 775.440.2376

*Attorneys for Defendant The Venetian Casino Resort, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA YOUSIF and SHARONE WALKER on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, CORP. and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:16-cv-02941-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT**<br><br>**(First Request)** |

Plaintiffs MUSTAFA YOUSIF and SHARONE WALKER ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendant VENETIAN CASINO RESORT, LLC ("Defendant") by and through its counsel of record DLA PIPER LLP (US) and OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C., (hereinafter referred to as the "Parties") hereby stipulate and agree to continue the date for the Parties to file the Joint Motion for Collective and Class Action Settlement from Monday, November 4, 2024 to on or before **Friday, November 8, 2024**.

The Parties request this extension in order to obtain the signatures on the finalized Settlement Agreement.

The Parties do not request a change of the preliminary approval hearing set for Thursday, November 21, 2024. (ECF No. 249, 250).

The instant stipulation is submitted in good faith and is not for the purpose of causing any undue delay.

| | |
|---|---|
| **THIERMAN BUCK, LLP** | **DLA PIPER LLP (US)** |
| /s/ *Leah L. Jones* | /s/ *Brian S. Kaplan* |
| Mark R. Thierman, Bar No. 8285 | Mary C. Dollarhide, *admitted pro hac vice* |
| Joshua D. Buck, Bar No. 12187 | Taylor H. Wemmer, *admitted pro hac vice* |
| Leah L. Jones, Bar No. 13161 | 4365 Executive Drive, Suite 1100 |
| 325 W. Liberty Street | San Diego, CA 92121-2133 |
| Reno, Nevada 89501 | |
| | Brian S. Kaplan, *admitted pro hac vice* |
| *Attorneys for Plaintiffs* | 1251 Avenue of the Americas, 27th Floor |
| | New York, NY 10020 |
| | |
| | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC** |
| | Molly M. Rezac, Nev. Bar No. 7435 |
| | 200 S. Virginia Street, 8th Floor |
| | Reno, NV 89501 |
| | |
| | *Attorneys for Defendant* |
| | *The Venetian Casino Resort, LLC* |

**IT IS SO ORDERED THAT:**

All papers filed in support of the preliminary approval of the Collective and Class Action Settlement will be filed no later than November 8, 2024.

The hearing for the Joint Motion for Preliminary Approval of the Collective and Class Action Settlement will be held as calendared on Thursday, November 21, 2024, at 9:15 a.m.

Dated: __November 5__, 2024.

_____
Hon. Richard R. Boulware
United States District Judge